IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Interstate Gas Supply, Inc. d/b/a    :
IGS Energy, NRG Energy, Inc. and   :
Shipley Choice LLC d/b/a Shipley  :
Energy,                             :
           Petitioners     :
                                :
      v.                 :   No. 472 C.D. 2022
                                :
Public Utility Commission,     :
           Respondent   :

# **O R D E R**

AND NOW, this day 12th of July 2023, **IT IS HEREBY ORDERED** that the above-captioned opinion filed April 28, 2023, shall be designated **OPINION** rather than **MEMORANDUM OPINION** and it shall be reported.

_____
ELLEN CEISLER, Judge